396 A.2d 54

Commonwealth v. Edward Thomas, Appellant.

Submitted June 12, 1978. Bernard V. O'Hare, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 54

Commonwealth v. Turner, Appellant.

Submitted April 17, 1978. Harry E. Knafelc, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.